# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**DARRELL VERNARD SIRMANS,**

     **Plaintiff,**

**v.**                                                    **Case No. 1:19cv85-MW/GRJ**

**STATE OF FLORIDA,**

     **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 4.  Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Leave to proceed as a pauper, ECF No. 2, is **DENIED**. This case is **DISMISSED** without prejudice as malicious abuse of the judicial process pursuant to 28 U.S.C. § 1915A(b).  The Clerk shall close the file.

**SO ORDERED on May 30, 2019.**

                    **s/ MARK E. WALKER**
                    **Chief United States District Judge**

---

[1] Defendant has been released from custody as evidenced by returned mail.  ECF No. 5.